# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 13, 2009

Charles R. Fulbruge III
Clerk

No. 08-50035
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MARIA GUADALUPE ESPINOZA-CRUZ, also known as Maria Guadalupe
Espinosa-Cruz

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:07-CR-93-3

Before JONES, Chief Judge, and DENNIS and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Maria Guadalupe Espinoza-Cruz has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967). Espinoza-Cruz has not filed a response in
English as instructed. Our independent review of the record and counsel's brief
discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.